```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 1.1 RAINEY, CARLOS LIKEE

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
 No. of Defendants:  11
     MJ Case Number:
                AKA:  CARLOS LIKEE DISHON JOHNSON-RAINEY, "C," AND "CJ"
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 RAINEY, CARLOS LIKEE
```

| Document  | Count | Citation and Description | Disposition |
|-----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1     | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 - 1 IND | 2     | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 3     | 21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 4     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 5     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 6     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 7     | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                                "USA V CARLOS LIKEE RAINEY ET AL"
                                  DEF 1.1 RAINEY, CARLOS LIKEE

                        Including terminated defendants, excluding terminated counsel


    1 -   1 IND    8       21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION           Pending
                           WITH INTENT TO DISTRIBUTE COCAINE OR
                           METHAMPHETAMINE (F)

    1 -   1 IND    9       21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION           Pending
                           WITH INTENT TO DISTRIBUTE COCAINE OR
                           METHAMPHETAMINE (F)

    1 -   1 IND   12       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)         Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   13       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)         Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   20       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)         Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   22       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)         Pending
                           and 2 MONEY LAUNDERING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                           "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 2.1 RAINEY, SHANNON DAWN

                 Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
  No. of Defendants:  11
      MJ Case Number:
                AKA:  SHANNON JACKSON, AKA SHANNON HICKS
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  None specified


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


  Counts re: DEF 2.1 RAINEY, SHANNON DAWN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -   1 IND | 13 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 -   1 IND | 14 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 -   1 IND | 15 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -   1 IND | 16 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -   1 IND | 17 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -   1 IND | 18 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                 DEF 2.1 RAINEY, SHANNON DAWN

                    Including terminated defendants, excluding terminated counsel


    1 -    1 IND    19       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                             and 2  MONEY LAUNDERING (F)

    1 -    1 IND    21       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                             and 2 MONEY LAUNDERING (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                         "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 3.1 TOLBERT, D'ANDRE

            Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
 No. of Defendants:  11
      MJ Case Number:
                 AKA:  DRE
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
  Needs interpreter:  NO
   Counsel of record:  Thomas Burke Wonnell
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99501
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 3.1 TOLBERT, D'ANDRE

 Document          Count     Citation and Description                            Disposition

    1 -   1 IND      1       21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO   Pending
                             COCAINE AND METHAMPHETAMINE TRAFICKING (F)

    1 -   1 IND      3       21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF      Pending
                             METHAMPHETAMINE (F)

    1 -   1 IND      4       21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF       Pending
                             METHAMPHETAMINE (F)

    1 -   1 IND      7       21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF       Pending
                             COCAINE (F)

    1 -   1 IND     22       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                             and 2 MONEY LAUNDERING (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                   DEF 4.1 STEVENS, DAMON

                   Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 11/16/05
               Closed: NO
   No. of Defendants: 11
       MJ Case Number:
                  AKA: D'MO
      Location status: U.S. Custody
           Trial date:
           Terminated: NO
    Needs interpreter: NO
    Counsel of record: None specified


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 4.1 STEVENS, DAMON

   Document           Count    Citation and Description                              Disposition
   _____           _____    _____                              _____
      1 -    1 IND      1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                               COCAINE AND METHAMPHETAMINE TRAFICKING (F)

      1 -    1 IND     12      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                               and 2 MONEY LAUNDERING (F)

      1 -    1 IND     22      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                               and 2 MONEY LAUNDERING (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                         DEF 5.1 MCKINNON, RICHARD JAMES

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 11/16/05
              Closed: NO
 No. of Defendants: 11
     MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date: 01/25/06
          Terminated: NO
   Needs interpreter: NO
   Counsel of record: Michael D. Dieni
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 5.1 MCKINNON, RICHARD JAMES

 Document            Count     Citation and Description                         Disposition
 _____            _____     _____                         _____
     1 -   1 IND       1       21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO   Pending
                               COCAINE AND METHAMPHETAMINE TRAFICKING (F)

     1 -   1 IND       2       21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF       Pending
                               COCAINE (F)

     1 -   1 IND       3       21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF      Pending
                               METHAMPHETAMINE (F)

     1 -   1 IND       4       21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF       Pending
                               METHAMPHETAMINE (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"
                               DEF 6.1 PLUID, JOSHUA PRICE

                  Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 01/25/06
         Terminated: NO
 Needs interpreter: NO
  Counsel of record: David R. Weber
                     Vasquez & Weber PC
                     943 W. 6th Avenue, Suite 132
                     Anchorage, AK 99501
                     907-279-9122
                     FAX 907-279-9123
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 6.1 PLUID, JOSHUA PRICE

 Document          Count    Citation and Description                              Disposition
 _____          _____    _____                              _____

     1 -   1 IND     1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                            COCAINE AND METHAMPHETAMINE TRAFICKING (F)

     1 -   1 IND     5      21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF         Pending
                            METHAMPHETAMINE (F)

     1 -   1 IND     6      21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF         Pending
                            METHAMPHETAMINE (F)

     1 -   1 IND     8      21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION        Pending
                            WITH INTENT TO DISTRIBUTE COCAINE OR
                            METHAMPHETAMINE (F)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                  DEF 6.1 PLUID, JOSHUA PRICE

                    Including terminated defendants, excluding terminated counsel


    1 -   1 IND   10       18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR           Pending
                           CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                           TRAFFICKING CRIME (F)

    1 -   1 IND   11       18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR           Pending
                           CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                           TRAFFICKING CRIME (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                             DEF 7.1 CALLAN, KRISTA ANN

              Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 01/25/06
         Terminated: NO
 Needs interpreter: NO
  Counsel of record: Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 7.1 CALLAN, KRISTA ANN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                                  "USA V CARLOS LIKEE RAINEY ET AL"
                                     DEF 8.1 BOOKER, ALEXANDER

                    Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 01/25/06
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: John C. Pharr
                     Law Offices of John C. Pharr
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501-2103
                     907-272-2525
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 8.1 BOOKER, ALEXANDER

Document           Count    Citation and Description                                  Disposition
─────────          ─────    ────────────────────────                                  ───────────
   1 -    1 IND      1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO         Pending
                            COCAINE AND METHAMPHETAMINE TRAFICKING (F)

   1 -    1 IND      9      21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION            Pending
                            WITH INTENT TO DISTRIBUTE COCAINE OR
                            METHAMPHETAMINE (F)

   1 -    1 IND     14      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)          Pending
                            and 2 MONEY LAUNDERING (F)

   1 -    1 IND     15      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)          Pending
                            and 2  MONEY LAUNDERING (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                  DEF 8.1 BOOKER, ALEXANDER

              Including terminated defendants, excluding terminated counsel
```

|   |   |     |    |                                                                                  |         |
|---|---|-----|----|----------------------------------------------------------------------------------|---------|
| 1 - | 1 | IND | 16 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F)     | Pending |
| 1 - | 1 | IND | 17 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F)     | Pending |
| 1 - | 1 | IND | 18 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F)     | Pending |
| 1 - | 1 | IND | 19 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F)     | Pending |
| 1 - | 1 | IND | 20 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F)      | Pending |
| 1 - | 1 | IND | 21 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F)      | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                           "USA V CARLOS LIKEE RAINEY ET AL"
                                DEF 9.1 MARTINEZ, ALFREDO

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
     MJ Case Number:
                AKA: SPIKE
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 9.1 MARTINEZ, ALFREDO

Document           Count    Citation and Description                         Disposition
_____           _____    _____                         _____
   1 -   1 IND       1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO   Pending
                            COCAINE AND METHAMPHETAMINE TRAFICKING (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                           DEF 10.1 MARTINEZ, FRANCISCO

              Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 11
    MJ Case Number:
               AKA: MONEY
   Location status: Fugitive
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 10.1 MARTINEZ, FRANCISCO
```

| Document   | Count | Citation and Description                                                                      | Disposition |
|------------|-------|-----------------------------------------------------------------------------------------------|-------------|
| 1 -  1 IND | 1     | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F)  | Pending     |
| 1 -  1 IND | 22    | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F)                   | Pending     |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"
                                 DEF 11.1 HERNANDEZ, ISAI

                   Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 11.1 HERNANDEZ, ISAI

Document          Count     Citation and Description                              Disposition
─────────         ─────     ────────────────────────                              ───────────
   1 -   1 IND      1       21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                            COCAINE AND METHAMPHETAMINE TRAFICKING (F)

   1 -   1 IND     22       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                            and 2 MONEY LAUNDERING (F)
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                                "USA V CARLOS LIKEE RAINEY ET AL"

                                         For all filing dates


  Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
No. of Defendants: 11


  Document #    Filed     Docket text

       1 -   1  11/16/05  [Re: DEF 1-11] PLF 1 Indictment.

       2 -   1  11/17/05  [Re: DEF 1-11] JDR Grand Jury Minutes re: Indt secret; warrants of
                          arrest to be iss; no bail set.

  NOTE -     1  11/18/05  [Re: DEF 5] USM Notice of Arrest; defendant arrested 11/18/05 @
                          Anchorage, AK.

  NOTE -     2  11/18/05  [Re: DEF 6] USM Notice of Arrest; defendant arrested 11/18/05 @
                          Anchorage, AK.

  NOTE -     3  11/18/05  [Re: DEF 7] USM Notice of Arrest; defendant arrested 11/18/05 @
                          Anchorage, AK.

  NOTE -     4  11/18/05  [Re: DEF 8] USM Notice of Arrest; defendant arrested 11/18/05 @
                          Anchorage, AK.

  NOTE -     5  11/18/05  Notation: Re DEFS 5-8 Proposed trial date setting for arr to USDJ.

       3 -   1  11/21/05  [Re: DEF 8] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          11/18/05); FPD to appt CJA cnsl, FPD notified; Cont Arr/Det Hrg set for
                          11/22/05 at 3:00 p.m.; def detained; cc: USA, FPD, USM, USPO.

       4 -   1  11/21/05  [Re: DEF 7] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          11/18/05); FPD to appoint CJA cnsl, FPD notified; Cont Arr/Det Hrg set
                          for 11/22/05 at 2:00 p.m.; def detained; cc: USA, FPD, USM, USPO.

       5 -   1  11/21/05  [Re: DEF 6] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                          11/18/05); FPD to appoint CJA cnsl, FPD notified; deft pleas not guilty
                          to cts 1, 5, 6, 8, 10, and 11 of the Indt; def detained; det hrg set for
                          11/23/05 at 10:15 a.m.; meet and confer by 11/23/05, ptm's due 12/8/05;
                          TBJ set for 1/25/06 before Judge Sedwick; cc: USA, FPD, USM, USPO, JC,
                          Judge Sedwick.

       6 -   1  11/21/05  [Re: DEF 5] JDR Court Minutes [ECR: April Karper] Arr on Indt (held
                          11/18/05); M. Dieni accepted appt; deft plead not guilty to Cts 1-4 of
                          the Indt; def detained; det hrg set for 11/23/05 at 9:30 a.m.; meet and
                          confer by 11/29/05, ptm's due 12/8/05; TBJ set for 1/25/06 before Judge
                          Sedwick, FPTC set for 1/25/06 at 8:30 a.m.; cc: USA, FPD, USM, USPO, JC,
                          Judge Sedwick.

       7 -   1  11/21/05  [Re: DEF 5] Financial Affidavit.

       8 -   1  11/21/05  [Re: DEF 5] JDR Order of Detention Pending Hearing set for 11/23/05 at
                          9:30 a.m. cc: USA, FPD, USM, USPO

       9 -   1  11/21/05  [Re: DEF 5] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 11/29/05; PTM's due 12/8/05. cc: USA, FPD
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"

                                  For all filing dates


 Document #   Filed      Docket text

    10 -  1   11/21/05   [Re: DEF 6] Financial Affidavit.

    11 -  1   11/21/05   [Re: DEF 6] JDR Order of Detention Pending Hearing set for 11/23/05 at
                         10:15 a.m. cc: USA, D. Weber, USM, USPO

    12 -  1   11/21/05   [Re: DEF 6] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 11/23/05; PTM's due 12/8/05. cc: USA, D. Weber

    13 -  1   11/21/05   [Re: DEF 7] Financial Affidavit.

    14 -  1   11/21/05   [Re: DEF 7] JDR Order of Detention Pending Hearing set for 11/22/05 at
                         2:00 p.m. cc: USA, L. Wells, USM, USPO

    15 -  1   11/21/05   [Re: DEF 8] Financial Affidavit.

    16 -  1   11/21/05   [Re: DEF 8] JDR Order of Detention Pending Hearing set for 11/22/05 at
                         3:00 p.m. cc: USA, J. Pharr, USM, USPO

    17 -  1   11/21/05   [Re: DEF 6] CJA 20 appointment of D. Weber.

    18 -  1   11/21/05   [Re: DEF 7] CJA 20 appointment of L. Wells.

    19 -  1   11/21/05   [Re: DEF 8] CJA 20 appointment of J. Pharr.

    20 -  1   11/22/05   DEF 7 Attorney Appearance of L. Wells.

    21 -  1   11/22/05   [Re: DEF 5] PLF 1 Discovery Conf Certificate.

    22 -  1   11/22/05   [Re: DEF 2] PLF 1 Notice of arrest on 11/18/05 in Tacoma, WA.

    22A-  1   11/22/05   DEF 6 Attorney Appearance of D. Weber.

    23 -  1   11/23/05   [Re: DEF 5] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held
                         11/23/05); def oral mot to rls def to community confinement facility
                         denied. cc: USA, FPD, USM, USPO

    24 -  1   11/23/05   [Re: DEF 5] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

    25 -  1   11/23/05   [Re: DEF 6] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held
                         11/23/05); no application made. cc: USA, D. WEBER, USM, USPO

    26 -  1   11/23/05   [Re: DEF 6] JDR Order of Detention Pending Trial. cc: USA, D. WEBER,
                         USM, USPO

    27 -  1   11/23/05   [Re: DEF 8] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det
                         hrg (held 11/22/05); not guilty to Cts 1, 9, 14-21 of the Indt; def
                         detained; ptms due 12/8/05; cnsl advised of trial date 1/25/06. cc: USA,
                         L. WELLS, USM, USPO, Judge Sedwick

    28 -  1   11/23/05   [Re: DEF 8] JDR Order of Detention Pending Trial. cc: USA, J. PHARR,
                         USM, USPO

    29 -  1   11/23/05   [Re: DEF 8] JDR Order regarding preparation for trial; meet and confer
                         11/28/05; ptms due 12/08/05. cc: USA, J. PHARR


ACRS: R_RDSDX               As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"

                                     For all filing dates


Document #    Filed       Docket text

   30 -   1   11/23/05    [Re: DEF 7] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det
                          hrg (held 11/22/05); not guilty to Ct 1 of Indt; def detained; ptms due
                          12/8/05; cnsl advised of trial date 1/25/06. cc: USA, L. WELLS, USM,
                          USPO, Judge Sedwick

   31 -   1   11/23/05    [Re: DEF 7] JDR Order regarding preparation for trial; meet and confer
                          11/28/05; ptms due 12/8/05. cc: USA, L. WELLS

   32 -   1   11/23/05    [Re: DEF 7] JDR Order of Detention Pending Trial. cc: USA, L. WELLS,
                          USM, USPO

   33 -   1   11/23/05    [Re: DEF 2] JDR Minute Order re Arr set for 12/5/05 at 2:00 p.m. cc:
                          USA, S. Dattan, USM, USPO

   34 -   1   11/23/05    DEF 8 Attorney Appearance of J. Pharr.

   35 -   1   11/23/05    [Re: DEF 6] PLF 1 Disc Conf Certificate.

 NOTE -   6   11/29/05    Notation: RE DEF 2: Proposed Trial Date Setting for Arr to USDJ.

 NOTE -   7   11/29/05    [Re: DEF 1] USM Notice of Availability; defendant arrived in district
                          11/29/05.

 NOTE -   8   11/29/05    [Re: DEF 3] USM Notice of Availability; defendant arrived in district
                          11/29/05.

 NOTE -   9   11/29/05    [Re: DEF 4] USM Notice of Availability; defendant arrived in district
                          11/29/05.

 NOTE -  10   11/29/05    Notation: RE: DEFS 1, 3 & 4: Proposed Trial Date Setting for Arr to
                          USDJ.

   36 -   1   11/29/05    DEF 7 motion shortened time for detention hearing w/att exhs.

   37 -   1   11/29/05    [Re: DEF 5-8] JWS Minute Order setting TBJ on 1/25/06 @ 9:00 a.m. & FPTC
                          for 1/25/06 @ 8:30 a.m.. cc: USA, FPD, D. Weber, L. Wells, J. Pharr,
                          USM, USPO, MJ Roberts, JC

   38 -   1   11/30/05    [Re: DEF 7] JDR Minute Order granting motion shortened time for
                          detention hearing (36-1); det hrg set for 12/9/05 at 9:30 a.m. cc: USA,
                          L. Wells, USM, USPO

   39 -   1   11/30/05    [Re: DEF 4] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                          on Indictment (held 11/30/05); Continued Arraignment/status of
                          counsel/detention hearing set 12/02/05 at 4:15 p.m.; defendant to retain
                          hugh fleischer; defendant's oral motion to remove shackles Denied; court
                          directed Mr. McCoy to notify fleischer re hearing set. CC: USA, USM,
                          USPO, FPD.

   40 -   1   11/30/05    [Re: DEF 4] JDR Order of Detention Pending Hearing; Continued to
                          12/02/05 at 4:15 p.m.  CC: USA, USM, USPO, FPD.

   41 -   1   11/30/05    [Re: DEF 3] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                          on Indictment (held 11/30/05); Burke Wonnell CJA Appointed; Deft plead
                          Not Guilty to Counts 1,3,4,7, & 22 of the Indictment; Deft detained;
                          ptms due 12/15/05; meet and confer 12/05/05; TBJ set 02/08/06. CC: USA,
                          USM, USPO, B. Wonnell, FPD CJA Clerk, Judge Sedwick, Jury Clerk.

ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                        Page 3
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
              "USA V CARLOS LIKEE RAINEY ET AL"

                        For all filing dates

Document #    Filed     Docket text
_____   _____   _____
```