

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,      Criminal Case No. 05-0108CR (JWS)

    v.

ISAI HERNANDEZ,               APPLICATION FOR SPECIAL
                                                         ADMISSION - *PRO HAC VICE*

                Defendant(s).

I, Raul Mendez, am applying for admission *pro hac vice*, without the need of local counsel and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.1, and certify that the following information is correct:

    **(A)** **Personal Data:**

    (1) Name: Raul Mendez

    (2) **Mendez Law Offices**

    (3) Mailing Address, City, State and Zip Code: P.O. Box 12028, Mill Creek, WA 98082-0028

    (4) Business E-mail Address: raulmendez1@earthlink.net

    (5) Business Telephone Number: 206-264-0849

    (6) Fax Telephone Number: 425-316-6707

    **(B)** **Bar Admissions Information:**

Page 1 - APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE*
December 2002

55A

    (1)    State Bar Admissions: **I am a member in good standing with the Washington Supreme Court. My bar number is 28178, and I have been admitted since October 13th, 1998. I have also been admitted for a *pro hac vice* case in the Oregon Supreme Court**

    (2)    Federal Bar Admissions: **Since February the 15th, 2000, I have been admitted in the United States District Court for the Western District of Washington. I am also Admitted to the United States District Court for the Eastern District of Washington. I am also currently admitted for *pro hac vice appearance* in the United States District Court for the District of Oregon.**

**(C)**     **Certification of Disciplinary Proceedings:**

    X    I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

    X    I certify that I am now, or have been subject to disciplinary action from a state or federal bar association or administrative agency (*certificate will be mailed out by the Washington State Bar Association*).

**(D)**     **Certification of Professional Liability Insurance:** I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E)**     **Representation Statement:** I am representing the following party(s) in this case:
Mr. Isai Hernandez in the above entitled case.

**(F)**     **CM/ECF Registration:** Concurrent with the approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to

electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.13(a).

DATED this _ day of November 2005.

_____
(*Signature of Counsel*)
Raul Mendez, 28178
Mendez Law Offices
P.O. Box 12028
Mill Creek, WA 98082
Raulmendez1@earthlink.net
206-264-0849
425-316-6707 (f)

## COURT ACTION

_____   Application approved subject to payment of fees

_____   Application approved and fee waived

_____   Application denied

_____          _____
Date                             United States District Judge

cc:   US Attorney

Page 3 - APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE*
December 2002