**FILED**
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by _____ Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. ISAI HERNANDEZ

Case No. *A05-108-11 CR (JWS/JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

### MINUTE ORDER FROM CHAMBERS

### RE: Application for Special Admission Pro Hac Vice, Docket No. 55A

Retained defense counsel, **Raul Mendez, Esq.,** moves the court for admission pro hac vice. Docket No. 55A. Mr. Mendez has filed the required fee of $150.00. Defense counsel's request is granted subject to compliance with D.Ak.L.R. 83.1(d)(1).

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 6, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-108-11 CR (JWS) Hernandez @55A MO Re Pro Hac Vice.wpd

A05-0108--CR (JWS)  an 12/7/05
---
R. MENDEZ
S. COLLINS (US ATTY)