MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>ISAI HERNANDEZ</u>         CASE NO. <u>A05-0108-11-CR (JWS)</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:        <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:       <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:      <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:        <u>RAUL MENDEZ</u>

U.S.P.O.:                    <u>CHRIS LIEDIKE</u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD DECEMBER 19, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

<u>X</u> Copy of Indictment given to defendant; waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant states true name: <u>Same as above.</u>       Age: <u>24</u>

<u>X</u> PLEAS: Not Guilty to Counts <u>1 and 22 of the Indictment.</u>

<u>X</u> Defendant detained/Bail Review Hearing set for **January 18, 2006 at 1:00 p.m.**

<u>X</u> Order of Detention Pending Trial **FILED.**

<u>X</u> Pretrial motions due **December 30, 2005**; Order Regarding Preparation for Trial **FILED.**

<u>X</u> Court advised counsel trial date had not been set. Trial Setting Conference set for **December 21, 2005 at 8:30 a.m.** before U.S. District Judge John W. Sedwick.

<u>X</u> OTHER: <u>Court heard. Court directed Mr. Mendez to obtain local counsel.</u>

At 10:21 a.m. court adjourned.

DATE: <u>  December 19, 2005  </u>   DEPUTY CLERK'S INITIALS: <u>  ak  </u>