MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>ISAI HERNANDEZ</u>          CASE NO. <u>A05-0108-11-CR (JWS)</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:          <u>DAVID NESBETT</u>

DEFENDANT'S ATTORNEY:          <u>RAUL MENDEZ</u>

U.S.P.O.:          <u>CHRIS LIEDIKE</u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD DECEMBER 19, 2005:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

<u>X</u> Copy of Indictment given to defendant; waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant states true name:<u> Same as above.</u>          Age:<u>   24   </u>

<u>X</u> PLEAS: Not Guilty to Counts <u>1 and 22 of the Indictment.</u>

<u>X</u> Defendant detained/Bail Review Hearing set for **January 18, 2006 at 1:00 p.m.**

<u>X</u> Order of Detention Pending Trial **FILED.**

<u>X</u> Pretrial motions due **December 30, 2005**; Order Regarding Preparation for Trial **FILED.**

<u>X</u> Court advised counsel trial date had not been set. Trial Setting Conference set for **December 21, 2005 at 8:30 a.m.** before U.S. District Judge John W. Sedwick.

<u>X</u> OTHER: <u>Court heard. Court directed Mr. Mendez to obtain local counsel.</u>

At 10:21 a.m. court adjourned.

DATE:<u>   December 19, 2005   </u>   DEPUTY CLERK'S INITIALS: <u>   ak   </u>

Case 3:05-cr-00108-JWS     Document 116-2     Filed 12/19/2005     Page 2 of 2