

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD JAMES MCKINNON,<br><br>　　　　Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>ORDER EXTENDING PRETRIAL<br>MOTIONS DEADLINE |

After due consideration of Defendant's Motion for Two Week Extension of Time to File Motions, the motion is GRANTED/~~DENIED~~. Pretrial motions in this matter shall be due on or before December 22, 2005.

DATED this 9th day of December, 2005 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　／s／ John D. Roberts
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

A05-0108--CR (JWS)   fm 12/12/05
✓ M. DIEMI (FPD)
✓ J. COLLINS (US ATTY)