|     |                                              |
|-----|----------------------------------------------|
| 1   | HONORABLE JUDGE ROBERTS                      |

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

ISAI HERNANDEZ,
    Defendant.

No. A05-108-01 CR(JWS)
MOTION TO STRIKE BAIL
HEARING AND STIPULATIONS

The defendant, Isai Hernandez, by and through his attorney, Raul Mendez moves this court to strike his bail hearing scheduled for 1-18-06 at 1:00 PM. The defendant also stipulates to the following facts and conclusions of law:

1) This Court has proper jurisdictions of the above entitled case.

2) The penalty for the instant offence, in count I, is ten years to life. There is, therefore, a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

3) The defendant has not and will not provide, at this juncture, any evidence to satisfactorily rebut the presumption against release.

4) This court must rule that the defendant shall not be release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

5) this court must also find that, based on the record, that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
PHONE 206-264-0849
FAX 425-316-6707

1
2
3     Signed this December 21st of the year 2005
4
5
6                                          /s/   Raul Mendez
7     Authorized by Phone + E-mail   Raul Mendez, WSBA #28178
                                     Mendez Law Offices
                                     P.O. Box 12028
8                                    Mill Creek, WA 98082
                                     (206) 264-0849
9                                    (425) 316-6707 (fax)
                                     raulmendez1@earthlink.net
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Carlos Valdesuso, certify that on December 22, 2005, I sent the attached document, First Class Mail to:

Mr. Estephan A. Collins
United States Attorney
222 W. 7th Ave., Room C-253
Anchorage, AK  99513

/s/ Bav # 29827
Carlos Valdesuso, WSBA #29827

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
PHONE 206-264-0849
FAX 425-316-6707