1   HONORABLE JUDGE ROBERTS

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> VS. <br><br> ISAI HERNANDEZ, <br> Defendant. | No. A05-108-01 CR(JWS) <br> ODER OF DETENTION <br> AND STRIKING OF HEARING |

Offenses charged:

Count 1: Conspiracy in Relation to Cocaine and Methamphetamine, in violation of, Title 21, U.S.C., Section 846 and 841(b)(1)(A);

Count 22: Money Laundering, in violation of Title 18, U.S.C., 1956(a)(1)(A), (a)(1)(B)(I), (a)(1)(B)(ii) and 2.

Date of Detention Hearing: January the 18th, 2006 at 1:00 pm.

The Court scheduled a contested detention hearing pursuant to Title 18 U. S. C. § 3142(f). The defendant and the United States of America have, since then, stipulated detention, and the defendant has waived his rights to a full hearing. Based upon the factual findings made by stipulation and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**It is therefore ORDERED:**

1) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
PHONE 206-264-0849
FAX 425-316-6707

1 practicable, from persons awaiting or serving sentences or being held in custody
2 pending appeal;

3 2)   The defendant shall be afforded reasonable opportunity for private
4 consultation with counsel;

5
6 3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is
7 confined shall deliver the defendant to a United States Marshal for the purpose of
8 an appearance in connection with a court proceeding;

9 4)   The hearing set for 1-18-06 at 1:00 pm Shall be ~~stricken~~ vacated; and
10
11 5)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States
12 Pretrial Services Officer.

13
14
15 DATED this 29th day of December, 2005.
16
17
18 _____
19 The Honorable Judge Roberts
   United States Magistrate
20

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
PHONE 206-264-0849
FAX 425-316-6707

CERTIFICATE OF SERVICE

1  I, Carlos Valdesuso, certify that on December 22, 2005, I sent the attached
2  document, First Class Mail to:

3  Mr. Estephan A. Collins
   United States Attorney
4  222 W. 7th Ave., Room C-253
   Anchorage, AK 99513

/s/ Bar # 29527
Carlos Valdesuso, WSBA #29527

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
PHONE 206-264-0849
FAX 425-316-6707