HONORABLE JUDGE JOHN W. SEDWICK

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　　　VS.<br><br>ISAI HERNANDEZ,<br>　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)　No. A-5-108 CR(JWS)<br>)　NOTICE OF ABSENCE<br>)<br>)<br>) |

　　PLEASE TAKE NOTICE that Raul Mendez, attorney of record for the above mentioned defendant, will be on vacation, and out of the State of Washington, from March 2nd, 2006 through March 12th, 2006.  Please do not set any hearings, depositions, motions, or any matters on the mentioned dates and seven days before and after the period of absence.

　　Defense counsel also requests that the clerk of the court  transmit this information when ever any hearings are scheduled within the periods stated above.

　　DATED this 6th day of January, 2006.

　　　　　　　　　　　　　　　　　　/s/	Raul Mendez
　　　　　　　　　　　　　　　　　　Raul Mendez, WSBA #28178
　　　　　　　　　　　　　　　　　　Mendez Law Offices
　　　　　　　　　　　　　　　　　　P.O. Box 12028
　　　　　　　　　　　　　　　　　　Mill Creek. WA 98082
　　　　　　　　　　　　　　　　　　(206) 264-0849
　　　　　　　　　　　　　　　　　　(425) 316-6707 (fax)
　　　　　　　　　　　　　　　　　　raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 6th, 2006, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MR. STEPHAN COLLINS
Stephan.Collins@usdoj.gov

<u>/s/      Raul Mendez</u>
Raul Mendez, WSBA #28178
Mendez Law Offices
P.O. Box 12028
Mill Creek. WA 98082
(206) 264-0849
(425) 316-6707 (fax)
<u>raulmendez1@earthlink.net</u>

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net