HONORABLE JUDGE JOHN D. ROBERTS

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　VS.<br><br>ISAI HERNANDEZ,<br>　　Defendant.<br>_____ | No. A-5-108 CR(JWS)<br>MOTION<br>(without oral argument) |

I Motion

Defendant Isai Hernandez, by and through his attorney, Raul Mendez, Moves this court pursuant to rule 12(b)(4)(B) Federal Rules of Criminal Procedure, and in order to have the opportunity to move to suppress evidence under Rule 12(b)(3)© Fed.R.Crim.P., to direct the government to produce a copy of the alleged video and audio recordings of the defendant Isai Hernandez. Mr. Hernandez is entitled to discovery under Rule 16 Fed.R.Crim.P.

II Declaration

Raul Mendez declares under penalty of perjury and under the laws of the State of Washington and the United states of America that the following is true and correct:

1. On 12-09-05, I received a fax from Mr. Stephan Collins. In that fax, Mr. Collins informed me that the Government had made a motion for Trial Setting conference. Exhibit 1.

2. On 12-11-05, I made formal request for all discovery from the United States. This request asked for statements and recordings allegedly made by Mr. Hernandez.

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

1  The request also asked for Grand Jury Minutes to verify compliance with rule 6(b)(d).
2  In addition Brady and Giglio materials were requested.  Exhibit 2.
3       3.  During the time for preparation for trial, I learned that a man named
4  Francisco Martinez was arrested at the time of Mr. Hernandez' arrest.  The man
5  named Francisco Martinez was not placed in custody.
6       4.  On 12-12-05, I was informed by Ms. Deborah Nehls, Mr. Collins legal
7  assistant, that the discovery was going to be prepared by herself.  She indicated that
8  the materials were going to be available on 12-13-05.  In addition, Ms. Nehls indicated
9  that I could order the disks and video tapes from IMIG.
10      5.  On 12-13-05, I contacted IMIG, and requested all of the CD's and video
11 tapes they had.  They indicated that they would arrive before the end of the week.  On
12 12-14-05, tapes and discovery were sent, and I received them before 12-16-05.
13      6.  On 12-18-05, I sent a letter to Mr. Collins asking for a video tape that
14 allegedly shows my client in front of the house of Mr. Rainey.  This recording was
15 allegedly made on 10-13-05. Exhibit 3.  As of today, I have not heard from Mr. Collins,
16 or Ms. Nehls regarding the whereabouts of the recording.
17
18      I declare under penalty of perjury and under the laws of the State of
19 Washington, and the United States of America that the above is true and correct to the
20 best of my ability.
21
22      DATED this 6th day of January, 2006.
23
24                    /s/      Raul Mendez
                      Raul Mendez, WSBA #28178
                      Mendez Law Offices
25                    P.O. Box 12028
                      Mill Creek. WA 98082
26                    (206) 264-0849
                      (425) 316-6707 (fax)
27                    raulmendez1@earthlink.net
28

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

## CERTIFICATE OF SERVICE

I certify that on January 6th, 2006, I caused to be electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MR. STEPHAN COLLINS
Stephan.Collins@usdoj.gov

/s/      Raul Mendez
Raul Mendez, WSBA #28178
Mendez Law Offices
P.O. Box 12028
Mill Creek. WA 98082
(206) 264-0849
(425) 316-6707 (fax)
raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net