

**MENDEZ LAW OFFICES**
**P.O. BOX 12028**
**MILL CREEK, WA 98082**
PHONE (206) 264-0849 FAX (425)316-6707
*ABOGADO BILINGUE EN ESPANOL*

12-18-05

Mr. Stephan Collins,
United States Attorney
222 W. 7th Ave., Room C-253
Anchorage, AK 99513

RE: <u>United States of America v. Isai Hernandez</u>, A05-108 CR(JWS)

Dear Mr. Collins:

    I received all the discovery from you office. Thank you.

    I also received a total of 17 compact disks and one video cassette. Only one of the is labeled DVD. I have looked at all of them, and I did not receive a copy of the October 13th, 2005 video. This video allegedly shows my client at Mr. Raine's home. Does the government plan to release this document?

    I also left a message with Mr. Eric Hayden at IMIG. He has not responded yet. I will be in Anchorage tonight and will attend the arraignment of my client. I will be resubmitting the same motion you already have. I really would like for my client to be released.

    Thank you for taking the time to read this letter, and I hope to have the pleasure to meet you soon..

Sincerely,

Raul Mendez.