HONORABLE JUDGE JOHN D. ROBERTS

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>VS.<br><br>ISAI HERNANDEZ,<br>    Defendant. | No. A-5-108 CR(JWS)<br>RESPONSE TO COURT ORDER |

CJA COUNSEL

Defendant Isai Hernandez, by and through his attorney, Raul Mendez, submits the following responses to The Honorable Judge Robert's order of 12-23-05

1. I am willing to make copies of the recordings I got from IMIG to any attorney who wants me to do it;

2. Mr. Hernandez does not oppose Mr. Scott Dattan to be lead counsel for CJA attorneys and Mr. Hernandez too;

3. It is premature to consider the use of one investigator since I have not reviewed all the recordings;

4. Mr. Hernandez does not object to having the Federal Defender's as a depository for the remaining of the case.

5. Mr. Hernandez does not object to having the Federal Defender's as a depository for the remaining of the case.

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

1  6. With respect to service, documents may be sent in FPD or Wordperfect format,
2  only to raulmendez1@earthlink.net.  I have registered with electronic filing already.
3  7. Mr. Hernandez suggests a cut off date, for motions, of April 1 st, 2006.
4
5  8. Mr. Hernandez does not need an interpreter;
6  9. Bates System should be used for purposes of indexing.
7
8
9
10  DATED this 13th day of January, 2006.
11
12                                                                /s/        Raul Mendez
                                                                  Raul Mendez, WSBA #28178
13                                                                Mendez Law Offices
                                                                  P.O. Box 12028
14                                                                Mill Creek. WA 98082
15                                                                (206) 264-0849
                                                                  (425) 316-6707 (fax)
16                                                                raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

## CERTIFICATE OF SERVICE

I certify that on January 13th, 2006, I caused to be electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MR. STEPHAN COLLINS
Stephan.Collins@usdoj.gov

/s/     Raul Mendez
Raul Mendez, WSBA #28178
Mendez Law Offices
P.O. Box 12028
Mill Creek. WA 98082
(206) 264-0849
(425) 316-6707 (fax)
raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net