## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. ISAI HERNANDEZ (D-11)

Case No. *A05-108-11 CR (JWS/JDR)*
***3:05-cr-00108-11-JWS-JDR***

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE:  Motion for Discovery (F.R.Cr.P. 12(b)(3)(c)), Docket No. 148

Defendant **Isai Hernandez (D-11)** pursuant to Rule 12(b)(3)(C), Federal Rules of Criminal Procedure, requests production of a copy of the alleged video and audio recordings of defendant Isai Hernandez, so that defendant may have an adequate opportunity to move to suppress evidence.  Docket No. 148.  The government filed a response at Docket No. 161 indicating that  copies of the audio tapes have been made available, and that it will make available for copying the video tapes.  Accordingly, the defendant's motion is hereby GRANTED. The government shall comply within five (5) days of the date of this order.  Failure to comply may result in the preclusion of use at trial for the requested discovery.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 13, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00108-11-JWS-JDR HERNANDEZ @148 MO Granting Mtn.wpd