IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA         )
                                 )
              Plaintiff,         )
                                 )
       vs.                       )
                                 )
                                 )
CARLOS LEE RAINEY; SHANNON DAWN  )
RAINEY;D'ANDRE TOLBERT; DAMON    )
STEVENS; RICHARD JAMES McKINNON; )
JOSHUA PRICE PLUID; KRISTA ANN   )
CALLAN; ALEXANDER BOOKER; ALREDO )
MARTINEZ; and ISAI HERNANDEZ     )
                                 )
                                 )
                                 )
              Defendant.         )
_____ ) CASE NO: A05-0108 CR (JWS)
```

## ENTRY OF APPEARANCE

Hugh W. Fleischer hereby enters his appearance as attorney for Defendant, Isai Hernandez, in the above captioned action.  Copies of all pleadings and correspondence in this matter should be served on the undersigned at 310 K. Street, Suite 200, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 6th day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Defendant

By:_____S/Hugh W. Fleischer
                        Hugh W. Fleischer
                        AK Bar # 7106012
9497/501                Law Offices of Hugh W. Fleischer
                        310 K. Street, Suite 200
                        Anchorage, AK 99501
                        (907) 264-6635
                        (907) 264-6602 (fax)
                        hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 20th day of
July, 2005, a true copy of the
foregoing was delivered by FAX
to the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501
FAX-258-4428

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501
FAX-646-3480

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501
FAX-277-9859

Raul Mendez
PO Box 12028
Mill Creek, WA 98082
FAX-425-316-6707

    S/ Hugh W. Fleischer
    Law Offices of Hugh W. Fleischer