HONORABLE JUDGE JOHN D. ROBERTS

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>VS.<br><br>ISAI HERNANDEZ,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. A-5-108 CR(JWS)<br>) MOTION TO JOIN<br>)<br>) |

Defendant Isai Hernandez, by and through his attorney, Raul Mendez, joins in the motions filed and supported by documents: 192, 193, 194, and 195.

2  The defendant also moves this court to direct the prosecution to provide the identity of each individual depicted in all videos, photographs, and recordings.

3 The defense moves this court to direct the Unites States to provide an indexed listing of all the documents to defendant Hernandez

II Declaration

Raul Mendez declares under penalty of perjury and under the laws of the State of Washington and the United states of America that the following is true and correct:

1. On 12-18-05, I sent a letter to Mr. Collins asking for a video tape that allegedly shows my client in front of the house of Mr. Rainey.  This recording was allegedly made on 10-13-05.  By 1-6-06, the government had not provided any of the discovery requested, and Mr. Hernandez submitted a motion to this court.

2. On January the 13th, 2006, the Honorable Judge John D. Roberts ordered the Government to provided the discovery requested within five days.  On or about the

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

1  18th of January, 2006, I received a call from Ms. Nehls.  She indicated that she was not
2  going to be able to deliver all of the recordings until the following Monday the 21st,
3  2006.  I immediately called IMIG, and order all of the discs.  However, the discs were
4  not delivered until about a month later because the DEA had provided bad discs that
5  could not be copied.
6      3. On December 23rd, 2005, the Honorable Judge John D. Roberts signed an
7  order directing the government to provide an index listing of all documents.  As of
8  today, I have not received anything, but I understand that Mr. Dattan may had been
9  given new discovery.  I have not received anything.
10     I declare under penalty of perjury and under the laws of the State of
11 Washington, and the United States of America that the above is true and correct to the
12 best of my ability.
13
14     DATED this 15th day of March, 2006.

/s/     Raul Mendez
Raul Mendez, WSBA #28178
Mendez Law Offices
P.O. Box 12028
Mill Creek. WA 98082
(206) 264-0849
(425) 316-6707 (fax)
raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net

## CERTIFICATE OF SERVICE

I certify that on March 15th, 2006, I caused to be electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MR. STEPHAN COLLINS
Stephan.Collins@usdoj.gov

/s/      Raul Mendez
Raul Mendez, WSBA #28178
Mendez Law Offices
P.O. Box 12028
Mill Creek. WA 98082
(206) 264-0849
(425) 316-6707 (fax)
raulmendez1@earthlink.net

MENDEZ LAW OFFICES
P.O. BOX 12028
MILL CREEK, WA 98082
(206)264-0849
FAX (425)316-6707
raulmendez1@earthlink.net