IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,    )
                             )
                             )
                             )
                             )
         Plaintiff,          )
                             )
     vs.                     )
                             )
ISAI HERNANDEZ,              )
         Defendant.          )   CASE NO: A05-0108 CR (JWS)
_____)
```

**EXCLUDABLE DELAY**
A period of excludable delay under 18 U.S.C. Sec. 31610(f) may occur as a result of the filing/granting/denying of this motion.

## DEFENDANT'S MOTION FOR BILL OF PARTICULARS

1) Please indicate the particulars regarding the name or names of the purported persons who received the alleged cocaine listed in Count 1, Overt Acts, numbered 1 of the Indictment.

2) Please state, as to Count 1, Acts in Furtherance of the Conspiracy, Act 10, a specific description of the alleged amount of cocaine respectfully delivered by Francisco Martinez and by Mr. Hernandez to Carlos Rainey.  Further, describe what alleged acts of Mr. Hernandez did in the alleged coordination of the shipment between Alaska and Washington.

3) Please describe the means and manner of Mr. Hernandez's participation in the financial transactions in Count 22, given the fact that Hernandez was not named in any of the Counts 12-21, in which specific financial transactions occurred.

This bill of particulars motion is supported by the memorandum attached hereto.

DATED this 15th day of March, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

By:____S/Hugh W. Fleischer____
Hugh W. Fleischer
AK Bar # 7106012
Law Offices of Hugh W. Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602 (fax)
hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2006, a true copy of the foregoing was delivered by FAX to the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501
FAX-258-4428

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

```
Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501
FAX-646-3480

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501
FAX-277-9859

Raul Mendez
PO Box 12028
Mill Creek, WA 98082
FAX-425-316-6707


     S/ Hugh W. Fleischer
   Law Offices of Hugh W. Fleischer
```

9497/505