IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAI HERNANDEZ,<br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: A05-0108 CR (JWS)<br>) |

### ORDER

Defendant, Isai Hernandez, having moved for a Bill of Particulars and the court being fully advised,

IT IS ORDERED that such Motion is granted and defendant Hernandez shall be entitled to receive the bill of particulars requested in such Motion.

DATED this ____ day of March, 2006.

_____
                    JOHN W. SEDWICK
                    U.S. DISTRICT JUDGE

9402\507