IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>                              )<br>                              )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    vs.                       )<br>                              )<br>ISAI HERNANDEZ,                )<br>        Defendant.             )   CASE NO: A05-0108 CR (JWS)<br>_____ ) | |

**MEMORANDUM IN SUPPORT OF**
<u>**DEFENDANT'S MOTION FOR BILL OF PARTICULARS**</u>

The purposes of a bill of particulars are three-fold: (1) To inform a defendant of the nature of the charge against him with sufficient precision to enable him to prepare for trial; (2) To avoid or minimize the danger of surprise at the time of trial; and (3) to enable him to plead his acquittal or conviction in bar of another prosecution for the same offense when the indictment itself is too indefinite or vague. *See*, ***U.S. v. Ayers***, 924 F.2d 1468, 1483 (9th Cir. 1991); ***U.S. v. Long***, 706 F.2d 1044, 1054 (9th Cir. 1983); ***U.S. v. Giese***, 597 F.2d 1170, 1180 (9th Cir. 1979), <u>cert</u>. den., 444 U.S. 979 (1979). In the case at bar, the First Superceding Indictment does not indicate the particulars regarding the all of the name or names of the purported persons, who purportedly

received the cocaine.  There is also the need to learn of the specifics as to what were the specific alleged amount of cocaine by Mr. Hernandez and his alleged role of coordination of the shipment between Alaska and Washington.

Thus, it is believed that this bill of particulars is well taken and should be granted.

DATED this 15th day of March, 2006.

LAW OFFICES OF HUGH W. FLEISCHER


By:____S/Hugh W. Fleischer____
   Hugh W. Fleischer
   AK Bar # 7106012
   Law Offices of Hugh W. Fleischer
   310 K. Street, Suite 200
   Anchorage, AK 99501
   (907) 264-6635
   (907) 264-6602 (fax)
   hfleisch@aol.com


9497/506

2