IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0108 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ISAI HERNANDEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION OF DEFENDANT,
FOR SEVERANCE**

**EXCLUDABLE DELAY:
A period of excludable delay under 18 U.S.C. 3161(h) may
occur as the result of the filing/granting/denying of this motion.**

Defendant, Isai Hernandez, through his counsel, Hugh W. Fleischer, moves this court for an order severing his trial from that of the co-defendants in the case. This motion is brought pursuant to Rule 14 of the Federal Rules of Criminal Procedure and is supported by the attached memorandum of law.

DATED this 15th day of March, 2006.


LAW OFFICES OF HUGH W. FLEISCHER


By:____S/Hugh W. Fleischer____
      Hugh W. Fleischer
      AK Bar # 7106012
      Law Offices of Hugh W. Fleischer
      310 K. Street, Suite 200

```
                                    Anchorage, AK 99501
                                    (907) 264-6635
                                    (907) 264-6602 (fax)
                                    hfleisch@aol.com
```

9497/504

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,   )
                            )     CASE NO: A05-0108 CR (JWS)
         Plaintiff,         )
                            )
                            )
         v.                 )
                            )
ISAI HERNANDEZ              )
                            )
         Defendant.         )
_____)
```

**ORDER**

Based on the foregoing motion,

IT IS ORDERED that the defendant Isai Hernandez's trial is hereby severed from the co-defendants herein.

DATED this _____ day of March, 2006.

_____
United States District Judge

9497/504

3