IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>        Plaintiff,    )<br>  )<br>    vs.    )<br>  )<br>ISAI HERNANDEZ,    )<br>        Defendant.    )<br>_____ ) | CASE NO: A05-0108 CR (JWS) |

**ORDER**

Defendant, Isai Hernandez, having moved for severance and the court being fully advised,

IT IS ORDERED that such Motion is granted and defendant Isai Hernandez shall be severed from the co-defendants herein as requested in such Motion.

DATED this ____ day of March, 2006.

                                   _____
                                       JOHN W. SEDWICK
                                       U.S. DISTRICT JUDGE

9402\516