IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,) )<br>            Plaintiff,      )<br>                          )<br>                          )<br>        v.                )<br>                          )<br>ISAI HERNANDEZ,           )<br>                          )<br>            Defendant.    )<br>_____) | CASE NO: A05-0108 CR (JWS) |

**EXCLUDABLE DELAY:**

**A period of excludable delay under 18 U.S.C. 3161(h) may occur as the result of the filing/granting/denying of this motion.**

**MOTION FOR DISCOVERY**

Defendant, Isai Hernandez, through his undersigned attorney, moves for discovery pursuant to Rule 16 of the Rules of Criminal Procedure, as well as any and all other rights attendant to him as a criminal defendant herein.

1. Defendant requests any material exculpatory evidence of which the Government has knowledge pursuant to ***Brady v. Maryland***, 373 U.S. 83 (1963), including, but not limited to, personnel files of testifying United States Agents as it relates to evidence of acts of dishonesty or otherwise exculpatory information.

2. Pursuant to 16(a)(1)(A) & (B) defendant requests

any and all documents and/or audio or video recordings relating to the statement and record of defendant as required by such rule.

    3.   Pursuant to Rule 16(a)(1)(C) defendant requests any and all documents called for under such rule specifically including, but not to, any audio and video recordings relating to defendant Isai Hernandez.

    4.   Pursuant to Rule 16(a)(1)(D) defendant requests any and all information called for under such rule.

    5.   Pursuant to 16(a)(1)(E) the expert witness information required by said rule.

    6.   Defendant requests a copy of the grand jury transcript by which the indictment herein against Defendant Isai Hernandez was obtained.  This information is required in order to raise appropriate Rule 12(b) motions.

    Although it is the practice in this District to make these requests and provision in accordance with stipulation and Magistrate Order, there is ample appellate authority that making such a specific request, as here, is preferable.

    DATED at Anchorage, Alaska, this 15th day of March, 2006.

LAW OFFICES OF HUGH W. FLEISCHER


By:____S/Hugh W. Fleischer____
Hugh W. Fleischer
AK Bar # 7106012
Law Offices of Hugh W. Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602 (fax)
hfleisch@aol.co

9497\509

CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2006, a true copy of the foregoing was delivered by FAX to the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501
FAX-258-4428

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501
FAX-646-3480

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501
FAX-277-9859

Raul Mendez
PO Box 12028
Mill Creek, WA 98082
FAX-425-316-6707

S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,)
                         )      CASE NO: A05-0108 CR (JWS)
          Plaintiff,     )
                         )
                         )
               v.        )
                         )
ISAI HERNANDEZ,          )
                         )
          Defendant.     )
_____)
```

**ORDER**

The counsel for defendant, Isai Hernandez, having moved for Discovery and there being good cause shown, IT IS HEREBY ORDERED.

DATED this ____day of March, 2006.

```
                    _____
                         John W. Sedwick
                    United States District Judge
```