IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>    vs.                              )<br>                                     )<br> ISAI HERNANDEZ                      )<br>         Defendant.                  )   CASE NO: A05-0108 CR (JWS)<br> _____ ) | |

### ORDER

   Defendant, Isai Hernandez, having moved for an Admissibility Hearing and the court being fully advised,

   IT IS ORDERED that such Motion is granted and defendant Hernandez shall be entitled to a hearing on March __, 2006 @ ____m., as requested in such Motion.

   DATED this ____ day of March, 2006.

                                   _____
                                          JOHN W. Sedwick
                                       U.S. DISTRICT JUDGE

9497\503