IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br>      Plaintiff,     ) <br>                              ) <br>                              ) <br>         v.                  ) <br>                              ) <br> ISAI HERNANDEZ              ) <br>                              ) <br>      Defendant.            ) <br> _____) | CASE NO: A05-0108 CR (JWS) |

**MOTION OF DEFENDANT,**
**TO REVEAL THE IDENTITY OF INFORMANT**

**EXCLUDABLE DELAY:**
**A period of excludable delay under 18 U.S.C. 3161(h) may**
**occur as the result of the filing/granting/denying of this motion.**

Defendant, Isai Hernandez, through his counsel, Hugh W. Fleischer, moves this court for an order to reveal the identity of the government's informant or informants. This motion is supported by the attached memorandum of law.

DATED this 15th day of March, 2006.


LAW OFFICES OF HUGH W. FLEISCHER


By:____S/Hugh W. Fleischer____
      Hugh W. Fleischer
      AK Bar # 7106012
      Law Offices of Hugh W. Fleischer
      310 K. Street, Suite 200
      Anchorage, AK 99501
      (907) 264-6635

(907) 264-6602 (fax)
hfleisch@aol.com

9497/513

2

```
UNITED STATES OF AMERICA,    )
                             )    CASE NO: A05-0108 CR (JWS)
          Plaintiff,         )
                             )
                             )
             v.              )
                             )
ISAI HERNANDEZ               )
                             )
          Defendant.         )
_____)
```

### ORDER

Based on the foregoing motion,

IT IS ORDERED that the defendant Isai Hernandez's trial is hereby severed from the co-defendants herein.

DATED this _____ day of March, 2006.

_____
United States District Judge

9497/504