IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ISAI HERNANDEZ, ) | |
| Defendant. ) | CASE NO: A05-0108 CR (JWS) |
| _____ ) | |

### ORDER

Defendant, Isai Hernandez, having moved to reveal the identity of the government's informant or informants and the court being fully advised,

IT IS ORDERED that such Motion is granted and defendant Hernandez shall be entitled to receive the identity of the informant or informants requested in such Motion.

DATED this ____ day of March, 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE

9402\515