UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>ISAI HERNANDEZ,<br><br>            Defendant. | 3-05-cr-0010811-JWS-JDR<br><br>**FINAL RECOMMENDATION**<br>**REGARDING**<br>**MOTION FOR SEVERANCE**<br><br>(Docket Nos. 199, 232) |

In a recommendation filed April 11, 2006, I advised that defendant Hernandez's Motion for Severance be denied. No objections have been filed. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 19th day of April, 2006, at Anchorage, Alaska.

      /s/ John D. Roberts
      JOHN D. ROBERTS
      United States Magistrate Judge