MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *ISAI HERNANDEZ*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  3:05-cr-00108 (JWS)

PROCEEDINGS:    **AMENDED ORDER FROM CHAMBERS** Date:  April 28, 2006

      This order corrects the order at docket no. 252, which should have read as follows:

      At docket 199, defendant Hernandez moves for severance of his trial from that of his co-defendants.  The magistrate judge recommended that the motion be denied in a report at docket 238.  No objections were filed.  This court reviews the magistrate judge's findings of fact as to which no objection has been taken for clear error and reviews his recommended conclusions of law *de novo*.  Having applied that standard of review, this court finds that in all material respects, the recommendations from the magistrate judge are correct.  This court adopts his findings and conclusions.  Based thereon, the motion at docket 199 is **DENIED**.