IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0108 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ISAI HERNANDEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR CHANGE OF PLEA**

    Defendant, Isai Hernandez, through his counsel, Hugh W. Fleischer, hereby moves for a change of plea. A signed plea agreement has been reached with the government, which will be presently filed with this Court, upon being signed by the U.S. Attorney's office.

    DATED this 24th day of May, 2006.

    LAW OFFICES OF HUGH W. FLEISCHER

9497/517

By:____S/Hugh W. Fleischer____
Hugh W. Fleischer
AK Bar # 7106012
Law Offices of Hugh W. Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602 (fax)
hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 24th day of May, 2006, a true copy of the foregoing was electronically filed with the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501

Raul Mendez
PO Box 12028
Mill Creek, WA 98082


   S/ Hugh W. Fleischer
  Law Offices of Hugh W. Fleischer

2