IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,     )
                              )
                              )
                              )
                              )
         Plaintiff,           )
                              )
    vs.                       )
                              )
ISAI HERNANDEZ,               )
         Defendant.           )  CASE NO: A05-0108 CR (JWS)
_____)
```

**ORDER**

     Defendant, Isai Hernandez, having moved for a change of plea,

     IT IS ORDERED that such change of plea hearing will be held _____ @ _____m.

     DATED this \_\_\_\_ day of May, 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE

9402\518