**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ISAI HERNANDEZ  </u>

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  <u>3:05-cr-00108-11-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 25, 2006

      The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Thursday, June 1, 2006, at 10:30 a.m..

      The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are vacated.

[]{IK2.WPD*Rev.12/96}