**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA   v.   ISAI HERNANDEZ

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:05-cr-00108-11 JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 5, 2006

 The motion at docket 196 is DENIED as moot in light of defendant's guilty plea.

[]{IA.WPD*Rev.12/96}