IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0108 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ISAI HERNANDEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### UNOPPOSED EXPEDITED MOTION & MEMORANDUM TO CONTINUE SENTENCING

Defendant, Isai Hernandez hereby moves, on shortened time, for this Court to continue the sentencing currently set for Wednesday, September 20, 2006 at 8:30 a.m.

Mr. Hernandez wishes to avail himself of the "Safety Valve", 18 U.S.C. § 3553 (f) and U.S.S.G. § 5C1.2(a), however his counsel has not been able to schedule a debriefing with the case agent prior to this Wednesday. As this Court knows the above statute and guideline provide, inter alia, that, "not later than the time of sentencing hearing, the defendant has truthfully provided to the Government all information the defendant has concerning the offense…." It is hoped that such debriefing could occur in the latter portion of this week, so that the sentencing could be re-scheduled for Monday, September

25 or Tuesday, September 26, 2006. Thereafter, counsel for Mr. Hernandez is scheduled to be out of State from September 27-October 9, 2006. Raul Mendez, who also represents Mr. Hernandez, and practices in the Seattle area, wishes to get the new sentencing date and time today, if at all possible, for his flight arrangements.

    The Assistant U.S. Attorney, Stephan A. Collins, has authorized the undersigned to advise that the United States does not oppose this motion.

    DATED this 18th day of September, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

9497/520

By: ____S/Hugh W. Fleischer____
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 18th day of September, 2006, a true copy of the foregoing was delivered, electronically, to the following counsel:

Stephan Collins
Assistant U.S. Attorney

```
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
601 W. 5th Ave., Ste. 800
Anchorage, AK 99501

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501

Raul Mendez
PO Box 12028
Mill Creek, WA 98082


    S/ Hugh W. Fleischer
 Law Offices of Hugh W. Fleischer
```