IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       Plaintiff, <br><br> vs. <br><br> ISAI HERNANDEZ,       Defendant. | CASE NO: A05-0108 CR (JWS) |

### ORDER

Defendant, Isai Hernandez, having moved for a continuance of the sentencing date and time.

IT IS ORDERED that such sentencing hearing will be held _____ @ _____m.

DATED this \_\_\_\_ day of September, 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE

9402\521