IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>  Plaintiff,    )<br>            )<br>            )<br>    v.       )<br>            )<br>ISAI HERNANDEZ     )<br>            )<br>  Defendant.   )<br>_____) | CASE NO: A05-0108 CR (JWS) |

**RENEWED**
**UNOPPOSED EXPEDITED MOTION &**
**MEMORANDUM TO CONTINUE SENTENCING**

    Defendant, Isai Hernandez hereby renews his motion, on shortened time, for this Court to continue the sentencing currently set for Tuesday, October 3, 2006 to a date of October 10, 2006, between noon and 2:30, October 11, 2006 anytime after 10:00 a.m. or anytime from October 13-18, 2006 or November 2,3 or 6, 2006.

    As stated in the motion filed on September 13, 2006, undersigned counsel is scheduled to be out of town from September 27-October 9, 2006. The dates set out above represent dates agreeable to both Mr. Mendez and undersigned counsel.

    The Assistant U.S. Attorney, Stephan A. Collins, has authorized the undersigned to advise that the United States

does not oppose this motion.

DATED this 19th day of September, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

9497/522

By: ____S/Hugh W. Fleischer____
    Hugh W. Fleischer
    AK Bar # 7106012
    Law Offices of Hugh W. Fleischer
    310 K. Street, Suite 200
    Anchorage, AK 99501
    (907) 264-6635
    (907) 264-6602 (fax)
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 19th day of September, 2006, a true copy of the foregoing was delivered, electronically, to the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567

Allan D. Beiswenger
1101 W. 7th Ave.
Anchorage, AK 99501

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
601 W. 5th Ave., Ste. 800
Anchorage, AK 99501

```
Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501

Raul Mendez
PO Box 12028
Mill Creek, WA 98082

William B. Carey
1502 W. 34th Ave.
Anchorage, AK 99503

William D. English
310 K. St., Ste. 200
Anchorage. AK 99501

Ronald A. Offret
733 W. 4th Ave., Ste. 206
Anchorage, AK 99501

John C. Pharr
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501

Scott A. Sterling
851 E. Westpoint Dr., Ste. 201
Wasilla, AK 99654


  S/ Hugh W. Fleischer
 Law Offices of Hugh W. Fleischer
```