IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ISAI HERNANDEZ, | ) |
| Defendant. | ) CASE NO: A05-0108 CR (JWS) |
| _____ | ) |

**ORDER**

Defendant, Isai Hernandez, having moved for a continuance of the sentencing date and time.

IT IS ORDERED that such sentencing hearing will be held _____ @ _____m.

DATED this _____ day of September, 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE

9402\523