MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ISAI HERNANDEZ          CASE NO. 3:05-cr-00108-11-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           HUGH FLEISCHER AND RAUL MENDEZ

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:03 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 108 months. This term consists of
   108 months on each of Counts 1 and 22, all such terms to run
   concurrently.

 X Defendant placed on supervised release for a period of  5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 5 years on Count 1 and 3 years on Count
   22, all such terms to run concurrently.

 X Special Assessment $200.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court and counsel heard re presentence report; court
 adopted presentence report. Court accepted Plea Agreement. Isai
 Hernandez sworn and testified on his own behalf. Zachary Jones
 sworn and testified on behalf of the plaintiff. Court and counsel
 heard re safety valve. Payment Coupon given to defendant. Appeal
 rights given.

List of Witnesses filed separately.

At 11:57 a.m. court adjourned.

DATE:     October 17, 2006      DEPUTY CLERK'S INITIALS:    ak